IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

KEITH D. BREWER
ADC # 143434                                                                                          PLAINTIFF

v.                              Case No. 5:09CV00178 JLH-JJV

BOWMAN, Dr., Correctional Medical Services;
ARKANSAS DEPARTMENT OF CORRECTION;
CORRECTIONAL MEDICAL SERVICES; and
RORY GRIFFIN, Health Services Administrator,
Correctional Medical Services                                                                         DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and the parties' objections. After carefully considering Plaintiff's objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1.    Defendants' Motions for Summary Judgment (Doc. Nos. 22, 40 & 60) are GRANTED; and Plaintiff's claims are dismissed without prejudice;

2.    All remaining pending Motions are DENIED as moot; and

3.    The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting these recommendations would not be taken in good faith.

DATED this 13th day of October, 2009.

*J. Leon Holmes*
_____
UNITED STATES DISTRICT JUDGE